727 A.2d 569

John Richard JAE, Appellant,

v.

Martin F. HORN, Commissioner, Pa. Department of Corrections, James M. Morgan, Superintendent State Correctional Institution at Smithfield, Donald R. Morder, Anthony J. Biviano, Michael F. Knott, Members S.C.I. Smithfield Program Review Committee, (P.R.C.), Joseph Stidd, Richard Norris, Charles Mitchell, Pennsylvania Department of Corrections Hearing Examiners, Dr. Robyn E. Jones, Ph.D. Chief Psychologist, S.C.I., Smithfield, Appellees.

Supreme Court of Pennsylvania.

April 22, 1999.

188

### ORDER

PER CURIAM:

**AND NOW,** this **22nd** day of **April, 1999,** probable jurisdiction is noted and the order appealed is affirmed.